FILED
CLERK, U.S DISTRICT COURT

AUG - 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>  *Mitchell*, Defendant. | Case No.: CR 09-280 JFW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CD/CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _pet'n allegn_

|    |    |
|----|----|
| 1  | _____ |
| 2  | _____ |
| 3  | _____ |
| 4  | and/or |
| 5  | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6  | clear and convincing evidence that he/she is not likely to pose |
| 7  | a danger to the safety of any other person or the community if |
| 8  | released under 18 U.S.C. § 3142(b) or (c).  This finding is based |
| 9  | on: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/5/09

_____
UNITES STATES MAGISTRATE JUDGE